## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY L. SMITH, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-0164 |
| v. | : | (JUDGE MANNION) |
| NANCY A. BERRYHILL,<br>Commissioner of Social Security, | : | (COHN, M.J.) |
| | : | |
| Defendant | : | |
| | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)    the report of Judge Cohn, **(Doc. 16)**, is **ADOPTED IN ITS ENTIRETY**;

(2)    the plaintiff's appeal of the final decision of the Commission denying his claim for DIB benefits, **(Doc. 1)**, is **DENIED** and the Commissioner's decision is **AFFIRMED**; and

(3)    the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 12, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0164-01-ORDER.wpd